IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BOGUCKI,<br><br>Defendant. | Case No. 18-cr-00021-CRB-1<br><br>**ORDER DENYING [85] SECOND MOTION TO DISMISS SUPERSEDING INDICTMENT** |

Defendant Robert Bogucki moves for the second time to dismiss the superseding indictment (dkt. 54), arguing that the government has failed to properly allege that Bogucki was in a fiduciary relationship with Hewlett-Packard such that a jury could find he made an omission in breach of that duty. However, a conviction for wire fraud pursuant to 18 U.S.C. § 1343 may also be based on affirmative misrepresentations, and the government has properly alleged that Bogucki made misrepresentations to HP. See First Order re MTD SI (dkt. 82) at 4:14–24.

In addition, the government has alleged that Bogucki made representations that constituted misleading half-truths. Contrary to the defense's contentions, liability for misleading half-truths need not be premised on the existence of a fiduciary duty. See United States v. Jamieson, 427 F.3d 394, 414 (6th Cir. 2005).

Meanwhile, the defense is incorrect that the Court must dismiss the counts of the superseding indictment that are based on wires that do not themselves feature a misrepresentation. The relevant wires need only "further the scheme"—they need not themselves contain misrepresentations. United States v. Jinian, 725 F.3d 954, 960 (9th Cir. 2013); see also Ninth Circuit Model Criminal Jury Instructions 8.121 (2017) ("It does

not matter whether the material mailed was itself false or deceptive so long as the mail was used as a part of the scheme.").

In his reply brief, Bogucki seeks discovery from the government regarding the grand jury proceedings. This is not the proper procedural vehicle for a discovery request. The Court declines to consider it.

The motion to dismiss is **DENIED**. The hearing scheduled for Sept. 4 is **VACATED.**

**IT IS SO ORDERED.**

Dated: Aug. 21, 2018



CHARLES R. BREYER
United States District Judge

2