IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT BOGUCKI,<br><br>    Defendant. | Case No. 18-cr-00021-CRB-1<br><br>**ORDER PERMITTING EXPERT WITNESS PRESENCE DURING TRIAL** |

    Upon consideration of the parties' Joint Motion to Permit Expert Witness Presence During Trial, it is ORDERED that, pursuant to Federal Rule of Evidence 615, the parties' testifying expert witnesses shall be permitted to remain in the courtroom during all stages of trial in this matter.

**IT IS SO ORDERED.**

Dated: December 6, 2018

CHARLES R. BREYER
United States District Judge