IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT BOGUCKI,<br><br>    Defendant. | Case No. 18-cr-00021-CRB-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION IN LIMINE REGARDING ABSENCE OF FIDUCIARY DUTY** |

Before the Court is Defendant Robert Bogucki's Motion in Limine Regarding Absence of Fiduciary Duty [Dkt. 112]. Defendant asks the Court to "find that Mr. Bogucki did not owe a fiduciary duty to HP" and to "limit the evidence at trial and instruct the jury in accordance with this finding." Mot. at 13.

The Government expressly states in its most recent filing that "[t]he superseding indictment does not allege – and the government is not going to allege at trial – that Mr. Bogucki was HP's fiduciary in the legal and traditional sense of the word." U.S. Memo. Of Law Regarding Duty at 1 [Dkt. 127].

The parties thus are in perfect agreement: The issue of fiduciary duty is irrelevant to the Government's case. See U.S. Memo. Of Law Regarding Duty at 2-4; Def. Memo. Of Law Regarding Duty at 2 [Dkt. 128]. The Court thus concludes that the Government may not attempt to prove its case on the theory that Bogucki owed HP a fiduciary duty. The Court declines to address the issue of jury instructions at this time.

**IT IS SO ORDERED.**

Dated: December 6, 2018



CHARLES R. BREYER
United States District Judge