**JUROR QUESTIONNAIRE**

Criminal

1.  NAME: _____   Dr.  Mr.  Mrs.  Ms.  Miss     Age: _____

2.  Residence:  County: _____   City/Town: _____   Neighborhood: _____
    *[Do not list your street address]*
    How long have you lived at that location? _____
    Your place of birth: _____
    Do you own or rent your home?        Rent____        Own____        Other____
    What other communities have you lived during the last ten years? _____
    _____
    _____

3.  What is your marital status: (please circle)

    Single     Married     Separated     Divorced     Widowed     Live with a partner

    Any prior marriages?   Yes ____        No ____        If Yes, how many? _____

4.  What is your current job status?

    _____ Working full-time            _____ Unemployed
    _____ Working part-time            _____ Homemaker
    _____ Retired                      _____ Full-time student
    _____ Disabled

5.  What is your occupation?        [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]
    a.  What is your occupation (or what was it, if not currently employed)?
        _____

    b.  By whom are (were) you employed? _____

    c.  How long have (did) you worked there? _____

    d.  Please describe the nature of your job. _____

    e.  Do (Did) you supervise other people?  Yes____   No____   If so, how many? _____

6.  During the course of your working life have you changed careers or occupations and, if so, what?
    _____
    _____
    _____
    _____

7.  Have you ever had a job which was considered management?   Yes _____        No _____
    a.  If yes, how many people did you manage?

8.  What is the highest level of education you completed? _____

1

9. Please describe your educational background:

   <u>Major areas of study</u>                               <u>Degrees received</u>

   _____

   _____

   _____

10. Have you taken any courses in law, legal procedure, administration of justice, or accounting? (If yes, please describe):

    _____

    _____

    Please complete regarding your **present spouse** or **partner**. If you are widowed, divorced or separated, please answer all the following questions regarding your **former spouse/partner**.

11. Current employment status:

    _____ Working full-time          _____ Unemployed
    _____ Working part-time          _____ Homemaker
    _____ Retired                    _____ Full-time student
    _____ Disabled

    a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?
       _____

    b. By whom is (was) s/he employed? _____
       How long has (did) s/he worked there? _____

    c. Please describe the nature of his/her job? _____
       _____

    d. What other types of jobs has s/he had in the past? _____
       _____
       _____

12. What is the highest level of education she/he completed? _____

    Please describe her/his educational background, including vocational school(s) and/or college(s) attended:

    <u>Major areas of study</u>                               <u>Degrees received</u>

    _____

    _____

    _____

13. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what did they do?)

    Mother: _____        Father: _____

    Stepmother: _____        Stepfather: _____

14. If you have children, please state:

    <u>Sex</u>     <u>Age</u>          <u>Education</u>                              <u>Occupation</u>

    _____
    _____
    _____
    _____
    _____

15. If other adults live in your home in addition to those already you already described above, please state:

    <u>Relationship</u>       <u>Sex</u>     <u>Age</u>          <u>Education</u>              <u>Occupation</u>

    _____
    _____
    _____
    _____

16. Have you, your current spouse/partner or your child ever served in the military?  Yes____ No____

    If yes, please list for:           <u>You</u>                       <u>Spouse, Partner or Child</u>
       Branch of service:     _____        _____
       Combat:            Yes____    No____           Yes____    No____

17. What are your hobbies, major interests, recreational pastimes and spare-time activities and sports?

    _____
    _____
    _____
    _____

18. Please list all groups and organizations you belong to or participate in, including but not limited to service, community and neighborhood groups; crime prevention groups; volunteer activities; and groups concerned with the criminal justice system.

    _____
    _____
    _____
    _____

19. Please list your main sources of news -- including newspapers, television and radio stations or programs, internet sites and conversations with others:

    _____
    _____
    _____
    _____

20. Have you previously served as a trial juror or as a grand juror?   Yes____   No____
    If yes, please complete for each case on which you served:

|   | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

    a. Have you ever served as a jury foreperson?   Yes____   No____

    b. Is there any reason that your prior jury service would affect your ability to be fair, objective and impartial to both sides at trial?   Yes____   No____ If Yes, please explain:

_____

_____

21. Have you or any family member ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?
    Yes____        No____        If Yes, please explain:

_____

_____

_____

_____

22. Have you, any close friends or family members ever been employed by or affiliated with any law enforcement agency (including police, sheriff, corrections, FBI, Immigration, IRS, parole or probation, etc.)?   Yes_____   No_____   If Yes, please list:

| Name | Relationship to you | Position | Agency |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

23. Not including someone you listed at question 22, have you or a close friend or relative applied for a position in law enforcement, studied or taken courses in the administration of justice, criminal justice, or law?   Yes ___   No____   If Yes, please explain:

_____

_____

_____

4

24. During a trial you may hear the testimony of police or other law enforcement officers including federal agents. The jury will be instructed that testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer. Despite that instruction would you tend to give the testimony of a law enforcement officer any more or less weight – no matter how slight - than you would to a witness who is not a law enforcement officer?
    More weight _____ Less weight _____ Same_____
Please explain:
_____
_____
_____
_____

25. Have you, or a close friend or family member, ever worked for a court, a prosecutor's office, or a criminal defense office? This includes a judge, a District Attorney's office, a United States Attorney's office, or any private or public criminal defense attorney's office. Yes____ No____
If Yes, please explain:_____
_____
_____

26. Have you or your family member ever served in the military police or in a military court?

    Yes____    No____    If Yes, please explain:
_____
_____

27. Have you or anyone close to you ever been the victim of any kind of crime - including domestic violence, burglary, robbery, assault, identity theft, etc. - whether it was reported to law enforcement authorities or not?
    Yes____    No____    If Yes, please explain:
_____
_____
_____
_____

28. Have you or anyone close to you ever been a witness to any kind of crime - including domestic violence, burglary, robbery, assault, identity theft, etc. - whether it was reported to law enforcement authorities or not?
    Yes____    No____    If Yes, please explain:
_____
_____
_____
_____

5

29. Have you ever called the police because of a crime or concern about illegal or dangerous activity?
    Yes____    No____    If Yes, please explain:

30. Have you ever had to appear in court or in any court proceeding in a case as a plaintiff, defendant, victim, or witness for any reason other than that stated above?
    Yes____    No____    If Yes, please state when and explain why you appeared in court:

31. Have you, any member of your family or any close friends ever been arrested?
    Yes____    No____    If Yes, please explain:

32. Have you, or a close friend or family member, ever had a positive or negative experience with a law enforcement officer or agency, federal agency or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?    Yes____    No____
    If Yes, please explain:

33. Is there anything about your experiences, opinions or beliefs about race, color, immigration status, national origin, ethnicity, sex or sexual orientation which would strongly influence your ability to judge the facts of a criminal case or the person accused? Yes____    No_____
    If yes, please explain:

34. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would strongly influence, inhibit or hinder your ability to judge the facts in a criminal case?
    Yes____    No____    If Yes, please explain:

35. The court will instruct you that the burden of proof remains with the prosecution; proof beyond a reasonable doubt is proof that leaves you firmly convinced, not proof beyond all possible doubt; if, after careful consideration of all the evidence, you are not convinced beyond a reasonable doubt, it is your duty to find the defendant not guilty; if, on the other hand, you are convinced beyond a

reasonable doubt, it is your duty to find the defendant guilty.  Would you find it hard to accept and apply these rules?"

Yes___   No___   If Yes, please explain:

36.  The judge will instruct you that a defendant in a criminal trial has a constitutional right not to testify, and that no presumption of guilt may be raised, and no inference of any kind may be drawn from the fact that the defendant did not testify.  Would you find it hard to accept and apply this rule?

Yes___   No___   If No, please explain:

37.  The court will instruct you on the laws and your duties as jurors.  Will you be able to follow these instructions even if you disagree with them?   Yes___   No___   If Yes, please explain:

38.  Attached hereto is a brief statement about this case.  Have you heard or read anything about this case before today?   Yes___   No___   If Yes, please explain:

39.  Is there anything about the nature of the charges and/or what you have heard or read about this case that would affect how you judge the facts of this case or the person accused?
Yes___   No___   If Yes, please explain:

7

40. Have you, or someone close to you, had any prior professional or personal dealings with Barclays, Hewlett-Packard, or Autonomy, or strong opinions about any of these companies, that would influence your ability to be a fair and impartial juror in this case?
Yes____   No____   If Yes, please explain:
_____
_____
_____

41. Have you, or someone close to you, had any prior professional or personal experience with foreign exchange transactions or options transactions, or strong opinions about foreign exchange or options transactions, that would influence your ability to be a fair and impartial juror in this case?
_____
_____
_____

42. The court estimates that the trial in this case will last approximately two weeks.  Trial days will be from 9:00 a.m. to approximately 4:00 p.m.  Do you have any specific problems of a serious nature that might prevent you from serving as a juror in this case?
Yes____   No___   If Yes, please explain:
_____
_____
_____

43. Is there any matter not covered by this questionnaire that should be brought to the attention of the court and the lawyers because it might affect your ability to be a fair and impartial juror?
Yes____   No____   If Yes, please explain:
_____
_____

44. A list is attached to this questionnaire, please circle the name of any of the listed people that you personally know.

### JUROR'S OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing this questionnaire.

Signature:_____

Print Name:_____

Date: _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**