# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Criminal JuryTrial Minutes

Date:   February 28, 2019                              Judge:  Honorable Charles R. Breyer

Court Reporter:  Ana Dub and Ruth Ekhaus
Time: 5 Hours and 30 Minutes
Case No.: CR18-0021-1 CRB
Case Name:  USA v. Robert Bugucki (Present) (NC)

Attorney(s) for Government:  Chinhayi Cadet, Brian Young, Justin Weitz
Attorney(s) for Defendant(s):  Abra Metz-Dworkin, Adam Shearer, Alexandra Conlon, Derek Wikstrom, Josh Cohen and Sean Hecker

Deputy Clerk: Lashanda Scott


## PROCEEDINGS

Jury trial held.  Further jury trial set for March 4, 2019 at 9:15 a.m. Government rest.  Defense Rule 29 motion.  Motion taken under submission.

Government witness sworn: Edward Olsen, William C. Martin

Government exhibits marked and admitted: 102A, 102B, 127A, 127T, 150, 151, 162, 163, 164, 165 (Demonstrative), 166, 167, 180, 181, 186, 187, 188, 189, 190, 191, 192, 193, 192, 195, 197 (limited admission - page 1), 198

Government exhibits marked: 182, 183, 184,185

Defense exhibits marked and admitted: 433 (Demonstrative), 450