IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT BOGUCKI,<br><br>    Defendant. | Case No. 18-cr-00021-CRB-1<br><br>**JUDGMENT OF ACQUITTAL** |

For the reasons set forth in this Court's Order Granting Rule 29 Motion, the Court orders a judgment of acquittal on all counts.

**IT IS SO ORDERED.**

Dated: March 4, 2019

CHARLES R. BREYER
United States District Judge